### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD MASSARO, individually and on behalf of others similarly situated,** ) ) ) | |
| **Plaintiff,** ) ) | |
| **v.** ) ) | **CAUSE NO. 07-CV-074-WDS** |
| **FORD MOTOR COMPANY,** ) ) | |
| **Defendant.** ) | |

### O R D E R

**STIEHL, District Judge:**

      This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANS-FERS** this case to United States District Judge David R. Herndon for all further proceedings. All future pleadings shall bear Case No. 07-CV-074-DRH.

      **IT IS SO ORDERED.**

      **DATED: January 31, 2007.**


      **s/ WILLIAM D. STIEHL**
         **DISTRICT JUDGE**