IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD MASSARO, individually and on behalf of others similarly situated,** ) ) ) | |
| **Plaintiff,** ) ) | |
| **v.** ) ) | **CAUSE NO. 07-CV-074-WDS** |
| **FORD MOTOR COMPANY,** ) ) | |
| **Defendant.** ) | |

### O R D E R

**STIEHL, District Judge:**

    This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to United States District Judge David R. Herndon for all further proceedings. All future pleadings shall bear Case No. 07-CV-074-DRH.

    **IT IS SO ORDERED.**

    **DATED: January 31, 2007.**

                                     **s/ WILLIAM D. STIEHL**
                                         **DISTRICT JUDGE**